IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TYSHON EDWARDS, | : | |
| Plaintiff, | : : : | CASE NO. 3:24-cv-06029 |
| v. | : : | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. PK1021618, LLOYD'S SYNDICATE 2987, | : : : : | |
| Defendants. | : : | |

**STIPULATION TO ADJOURN MOTION DAY AND EXTEND BRIEFING SCHEDULE**

Plaintiff, Tyshon Edwards, and Defendant, Certain Underwriters at Lloyd's, London Subscribing to Policy No. PK1021612, Lloyd's Syndicate 2987, respectfully submit this stipulation for the Court's review and approval and state as follows:

1. Plaintiff filed his Complaint on May 13, 2024. *See* Dkt. 1.

2. At Defendant's request, Plaintiff agreed to four weeks-worth of extensions for Defendant to respond to Plaintiff's Complaint. *See* Dkts. 6–9.

3. On July 2, 2024, Defendant filed a motion to compel arbitration, with a motion day of August 5, 2024. *See* Dkt. 10.

4. Plaintiff and Defendant have engaged in active discussions regarding this matter.

5. Plaintiff and Defendant stipulate and request that the Court adjourn the motion day on Defendant's motion to compel arbitration to September 3, 2024, and that the deadlines for Plaintiff's opposition brief and Defendant's reply brief related to the motion be automatically extended pursuant to Local Civil Rules 7.1 and 78.1.

6. This adjournment and related extensions are not sought for purposes of delay, but so that justice may be done.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter this Stipulation, adjourning the motion day for Defendant's motion to compel arbitration to September 3, 2024, and automatically extending Plaintiff's opposition brief and Defendant's reply brief pursuant to Local Civil Rules 7.1 and 78.1.

Respectfully submitted,

| | |
|---|---|
| */s/ Brian H. Leinhauser* | */s/ John S. Stapleton* |
| **BRIAN H. LEINHAUSER** | **JOHN S. STAPLETON** |
| ID 038102006 | ID 032622005 |
| Email: bleinhauser@macmainlaw.com | Email: jstapleton@levanstapleton.com |
| | |
| **MACMAIN LEINHAUSER** | **LEVAN STAPLETON SEGAL COCHRAN LLC** |
| 433 W. Market Street | Four Greentree Centre |
| Suite 200 | 601 Route 73 N, Suite 303 |
| West Chester, PA 19382 | Marlton, NJ 08053 |
| (484) 318-7106 | Telephone: (856) 259-3300 |
| | |
| ATTORNEY FOR CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PK1021612, LLOYD'S SYNDICATE 2987 | ATTORNEY FOR PLAINTIFF TYSHON EDWARDS |

**So Ordered this 22nd day of July 2024.**

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**