### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYSHON EDWARDS, | : |
| | : |
| *Plaintiff*, | : |
| | : Case No. 3:24-cv-06029-ZNQ-JBD |
| v. | : |
| | : |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PK1021612, LLOYD'S SYNDICATE 2987, | : |
| | : **NOTICE OF MOTION FOR LEAVE** |
| | : **FOR ADRIAN T. ROHRER TO** |
| *Defendant*. | : **APPEAR** *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that Defendant, Certain Underwriters of Lloyd's London, Subscribing to Policy No. PK1021612, Lloyd's Syndicate 2987 ("Defendant"), by and through its undersigned counsel, MacMain Leinhauser PC, shall move on August 5, 2024, or as soon thereafter as counsel may be heard, at the Clarkson S. Fisher Building & Courthouse, Trenton, New Jersey 08608, for the entry of an order granting leave for Adrian T. Rohrer, Esquire, to appear in the above-captioned matter *pro hac vice* on Defendant's behalf.

**PLEASE TAKE FURTHER NOTICE** that in support of that motion, and pursuant to Local Civil Rule 101.1(c), Defendant shall rely upon the Certification of counsel being filed herewith. Defendant respectfully submits pursuant to Local Civil Rule 7.1(d)(4) that no brief in support of this motion is necessary, because the Certification being filed herewith plainly establishes the requirements necessary for the *pro hac vice* admission of the above counsel.

**PLEASE TAKE FURTHER NOTICE** that a proposed order is submitted herewith.

                                        **MacMAIN LEINHAUSER PC**

Date: <u>July 24, 2024</u>                  By:    <u>*/s/ Brian H. Leinhauser*</u>
                                                             Brian H. Leinhauser
                                                             NJ Attorney I.D. No. 038102006
                                                             433 W. Market Street, Suite 200
                                                             West Chester, PA 19382
                                                             *Attorney for Defendant*