IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYSHON EDWARDS, | : |
| | : |
| *Plaintiff*, | : |
| | : Case No. 3:24-cv-06029-ZNQ-JBD |
| v. | : |
| | : |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PK1021612, LLOYD'S SYNDICATE 2987, | : **CERTIFICATION OF BRIAN H. LEINHAUSER IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF ADRIAN T.** |
| *Defendant*. | : **ROHRER, ESQUIRE** |

I, Brian H. Leinhauser, Esquire, of full age, hereby certify as follows:

1. I am a Partner of MacMain Leinhauser PC, counsel for Defendant, Certain Underwriters of Lloyd's London, Subscribing to Policy No. PK1021612, Lloyd's Syndicate 2987 ("Defendant") in the above-captioned matter. I submit this certification to the Court in support of Defendant's application for an Order allowing the *pro hac vice* admission of Adrian T. Rohrer, Esquire, pursuant to Local Civil Rule 101.1(c) for purposes of the pending action before the Court.

2. I am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey, among other federal courts. I or another attorney at MacMain Leinhauser PC who is a member in good standing of the bar of the State of New Jersey and he United States District Court for the District of New Jersey will sign all pleadings, briefs, and other papers filed with the Court on behalf of Defendant in this matter and will be present for all appearance before the Court unless previously excused from appearing by the Court, and will comply with Local Civil Rule 101.1(c). I have never been disciplined by

any Court before whom I have appeared, and I have no disciplinary proceedings pending against me in any jurisdiction.

3. I respectfully submit this certification in support of the Motion of Defendant to permit Adrian T. Rohrer, Esquire, Partner at BatesCarey, LLP and a member in good standing of the State of Illinois bar to appear as counsel *pro hac vice* for all purposes in this action.

4. I understand and have informed Mr. Rohrer that, in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall promptly notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments or judgements, decrees and orders.

5. I understand that I will be responsible for the conduct of Mr. Rohrer as counsel during the pendency of this matter and for their compliance with the Local Civil Rules of the United States District Court for the District of New Jersey.

6. Counsel for the Plaintiff consents to the *pro hac vice* admission of Adrian T. Rohrer as counsel for Defendant.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**MacMAIN LEINHAUSER PC**

Date: July 24, 2024          By:   */s/ Brian H. Leinhauser*
                                   Brian H. Leinhauser
                                   NJ Attorney I.D. No. 038102006
                                   433 W. Market Street, Suite 200
                                   West Chester, PA 19382
                                   *Attorney for Defendant*