**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

TYSHON EDWARDS,      :
             :
       *Plaintiff*, :
             : Case No. 3:24-cv-06029-ZNQ-JBD
     v.       :
             :
CERTAIN UNDERWRITERS AT :
LLOYD'S, LONDON, SUBSCRIBING TO :
POLICY NO. PK1021612, LLOYD'S :
SYNDICATE 2987,     :
             : **CERTIFICATION OF ADRIAN T.**
      *Defendant*. : **ROHRER, ESQUIRE**

I, Adrian T. Rohrer, Esquire, of full age, hereby certify as follows:

1. I submit this certification in support of the Motion of Defendant, Certain Underwriters of Lloyd's London, Subscribing to Policy No. PK1021612, Lloyd's Syndicate 2987 ("Defendant"), to admit me as counsel *pro hac vice* for all purposes in the above-captioned action.

2. I am an attorney license to practice law in the State of Illinois. I am a Partner at BatesCarey, LLP located at 191 N. Wacker, Suite 2400, Chicago, IL 60606.

3. Pursuant to L. Civ. R. 101.1(c), I am admitted to practice law before and a member of good standing of the bar of the courts listed in the table below.

| Court | Admission Year | Member in Good Standing |
|---|---|---|
| State of Illinois | 2004 | Yes |
| Northern District of Illinois | 2012 | Yes |
| Central District of Illinois | 2014 | Yes |

4. I am not under suspension or disbarment by any court, nor are there any pending disciplinary proceedings against me in any state or federal court. No discipline has previously been imposed on me in any jurisdiction.

5.      I have reviewed the Local Rules of the United States District Court for the District of New Jersey and will comply with all said rules, including all disciplinary rules. I also agree to abide by the provisions set forth in Local Civil Rule 101.1(c). I further agree to submit to this Court's jurisdiction for purposes of any disciplinary proceedings.

6.      I will make the required payment to the New Jersey Lawyer's Fund for Client Protection and will comply with the requirements of the New Jersey Court Rules 1:20-1(b), 1:21-1 and 1:28-2.

7.      I will make the required payment of $250.00 to the Clerk, United States District Court.

8.      For the foregoing reasons, I respectfully request on behalf of Defendant that I be admitted *pro hac vice* for the purpose of representing Defendant in this litigation in association with MacMain Leinhauser PC.

9.      I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        **BatesCarey, LLP**

Date: <u>July 24, 2024</u>              By:     <u>*/s/ Adrian T. Rohrer*</u>
                                                Adrian T. Rohrer
                                                191 N. Wacker, Suite 2400
                                                Chicago, IL 60606
                                                O: 312-762-3250
                                                F: 312-762-3200
                                                E-Mail: ARohrer@batescarey.com