## **CERTIFICATE OF SERVICE**

I, Brian H Leinhauser, hereby certify that on this 24th day of July, 2024, the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the District of New Jersey. The following parties received notification of this filing via electronic notification:

John S. Stapleton
LeVan Stapleton Segal Cochran LLC
Four Greentree Centre
601 Route 73 N, Suite 303
Marlton, NJ 08053
*Attorney for Plaintiff*

**MacMAIN LEINHAUSER PC**

Date: July 24, 2024     By:    */s/ Brian H. Leinhauser*
                               Brian H. Leinhauser
                               NJ Attorney I.D. No. 038102006
                               433 W. Market Street, Suite 200
                               West Chester, PA 19382
                               *Attorney for Defendant*