**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TYSHON EDWARDS, | : |
| *Plaintiff*, | : |
| | : Case No. 3:24-cv-06029-ZNQ-JBD |
| v. | : |
| | : **ORDER ADMITTING** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PK1021612, LLOYD'S SYNDICATE 2987, | : **ADRIAN T. ROHRER, ESQUIRE** *PRO HAC VICE* |
| *Defendant*. | : |

This matter having been brought before the Court upon Defendant, Certain Underwriters of Lloyd's London, Subscribing to Policy No. PK1021612, Lloyd's Syndicate 2987's application for the admission of Adrian T. Rohrer, Esquire to serve as counsel *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c); and the Court having considered this matter, and for good cause having been shown;

**IT IS** on this   26th   day of July, 2024

**ORDERED** that Defendant's application for an Order granting Adrian T. Rohrer's admission *pro hac vice* in this matter shall be and hereby is granted; and

**IT IS FURTHER ORDERED** that Adrian T. Rohrer shall be and hereby is granted admission *pro hac vice* for the purpose of appearing as co-counsel with MacMain Leinhauser PC in the within matter pursuant to Local Civil Rule 101.1(c); and

**IT IS FURTHER ORDERED** that Adrian T. Rohrer hereby is required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

**IT IS FURTHER ORDERED** that Adrian T. Rohrer shall notify the Court immediately of any matter affecting his standing at the bar of any other court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney at law employed by MacMain Leinhauser PC, said attorney being authorized to practice in the District of New Jersey and maintaining an office in the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of Adrian T. Rohrer; and

**IT IS FURTHER ORDERED** that Adrian T. Rohrer shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2) for any year in which he represents a client in a matter pending before this Court;

**IT IS FURTHER ORDERED** that Adrian T. Rohrer shall make payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE