**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TYSHON EDWARDS, | : |
| | : |
| *Plaintiff*, | : |
| | : Case No. 3:24-cv-06029-ZNQ-JBD |
| v. | : |
| | : |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. PK1021612, LLOYD'S SYNDICATE 2987, | : |
| | : |
| *Defendant*. | : |

## F.R.C.P 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Civil L.R. 3-15 (and Federal Rule of Civil Procedure 7.1), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Lloyd's of London Syndicate 2987 ("Syndicate 2987"), is an unincorporated association duly organized under and existing by virtue of the laws of the United Kingdom with its principal place of business in London, England.  Brit UW Ltd. is the sole member of Syndicate 2987.

Brit UW Ltd. is a private limited company registered under the Companies Act of 1985 as a company limited by shares, incorporated in, and duly organized and existing by virtue of the laws of, the United Kingdom, with its principal place of business located at 122 Leadenhall Street, London, England.

Brit Ltd. is the direct parent and sole (100%) owner of Brit UW Ltd.

Fairfax Financial Holdings, Ltd. is the owner of more than 10% of Brit Ltd. Ontario Municipal Employees Retirement System ("OMERS") is the owner of more than 10% of Brit, Ltd. No publicly held company owns more than 10% of Fairfax Financial Holdings, Ltd., or OMERS.

Lloyd's Syndicate 3500 entered into a loss portfolio transfer agreement ("LPT") with Lloyd's Syndicate 2987, effective October 1, 2021, for certain legacy years of account and certain discontinued classes of business underwritten by Lloyd's Syndicate 2987. Pursuant to the LPT, RiverStone Managing Agency Ltd incorporated in England and Wales with company number 03253305 whose registered office is at Park Gate, 161-163 Preston Road, Brighton, East Sussex, United Kingdom, BN1 6AU for and on behalf of Lloyd's Syndicate 3500 has assumed all claims handling responsibility for the transferring business, and Lloyd's Syndicate 3500 reinsures Lloyd's Syndicate 2987 in respect of liabilities for the transferring business under the LPT, including but not limited to with respect to the liabilities related to Policy No. PK1021612.

RiverStone Managing Agency Ltd. is the Lloyd's managing agent for Lloyd's Syndicate 3500, which is used as a vehicle to provide reinsurance solutions to the Lloyd's market. The sole corporate member of Lloyd's Syndicate 3500 is RiverStone Corporate Capital Ltd. RiverStone Corporate Capital Ltd. and Riverstone Managing Agency Ltd. are indirectly owned by RiverStone International Holdings Limited and no publicly owned company owns more than 10% of the issued share capital of this entity.

Dated:  July 26, 2024                              Respectfully Submitted,

                                                    CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,
                                                    SUBSCRIBING TO POLICY NO. PK1021612

                                                    */s/ Brian H. Leinhauser*
                                                    **BRIAN H. LEINHAUSER**
                                                    ID 038102006
                                                    Email: bleinhauser@macmainlaw.com

                                                    **MACMAIN LEINHAUSER**
                                                     433 W. Market Street
                                                    Suite 200
                                                    West Chester, PA 19382
                                                    (484) 318-7106

**CERTIFICATE OF SERVICE**

    I, Brian H Leinhauser, hereby certify that on this 26th day of July, 2024, the foregoing was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court for the District of New Jersey. The following parties received notification of this filing via electronic notification:

John S. Stapleton
LeVan Stapleton Segal Cochran LLC
Four Greentree Centre
601 Route 73 N, Suite 303
Marlton, NJ 08053
*Attorney for Plaintiff*

                                                     **MacMAIN LEINHAUSER PC**

Date: <u>July 26, 2024</u>                By:    */s/ Brian H. Leinhauser*
                                                         Brian H. Leinhauser
                                                         NJ Attorney I.D. No. 038102006
                                                         433 W. Market Street, Suite 200
                                                         West Chester, PA 19382
                                                         *Attorney for Defendant*