# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYSHON EDWARDS,<br><br>    *Plaintiff*,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. PK1021618, LLOYD'S SYNDICATE 2987,<br><br>    *Defendant*. | Civ. A. 3:24-cv-06029-ZNQ-JBD |

## **JURY DEMAND**

Plaintiff Tyshon Edwards hereby demands a trial by jury on all issues so triable in this action.

| | |
|---|---|
| August 2, 2024 | **LeVAN STAPLETON SEGAL COCHRAN LLC**<br><br>By: /s/ *John S. Stapleton*<br>    John S. Stapleton, ID 032622005<br>    Jonathan L. Cochran, ID 028142012<br>    Kali J. Schellenberg, ID 432262023<br>Four Greentree Centre<br>601 Route 73 N, Suite 303<br>Marlton, NJ 08053<br>856.259.3300<br>jstapleton@levanstapleton.com<br>jcochran@levanstapleton.com<br>kschellenberg@levanstapleton.com |

**NASH PEREZ LLC**
Jeffrey L. Nash
330 Market Street
Camden, NJ 08102
856.246.1022
jnash@nashperez.com

*Attorneys for Plaintiff Tyshon Edwards*