# **EXHIBIT 1**

Docket, *Edwards v. Trenton*, Civ. A. 3:20-CV-13552-ZNQ-DEA

8/19/24, 12:34 PM    Case 3:24-cv-06029-ZNQ-JBD    Document 17-1    Filed 08/20/24    Page 2 of 14 PageID:
CM/ECF LIVE - U.S. District Court for the District of New Jersey
359
CLOSED,SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:20-cv-13552-DEA

EDWARDS v. CITY OF TRENTON et al                    Date Filed: 09/29/2020
Assigned to: Magistrate Judge Douglas E. Arpert      Date Terminated: 02/29/2024
Related Case: 3:24-cv-06029-ZNQ-JBD                  Jury Demand: Both
Cause: 42:1983 Civil Rights Act                      Nature of Suit: 440 Civil Rights: Other
                                                     Jurisdiction: Federal Question

**Plaintiff**

**TYSHON EDWARDS**                    represented by **JEFFREY L. NASH**
                                                     COZEN & O'CONNOR
                                                     LIBERTYVIEW BUILDING - SUITE 300
                                                     457 HADDONFIELD ROAD
                                                     PO BOX 5459
                                                     CHERRY HILL, NJ 08002-2220
                                                     (856) 910-5000
                                                     Email: jnash@thenashlawgroup.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **PETER A. MUHIC**
                                                     THE MILLER LAW FIRM, P.C.
                                                     950 W. UNIVERSITY DR.
                                                     STE 300
                                                     ROCHESTER, MI 48307
                                                     248-841-2200
                                                     Email: peter@muhiclaw.com
                                                     *TERMINATED: 02/02/2022*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **JOHN S STAPLETON**
                                                     LEVAN STAPLETON SEGAL COCHRAN
                                                     LLC
                                                     FOUR GREENTREE CENTRE
                                                     601 ROUTE 73 N
                                                     SUITE 303
                                                     MARLTON, NJ 08053
                                                     856-272-3603
                                                     Email: jstapleton@levanstapleton.com
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CITY OF TRENTON**                   represented by **A. WESLEY BRIDGES**
                                                     BECKER LLC

WOODLAND FALLS CORPORATE
CENTER
220 LAKE DRIVE EAST, SUITE 102
CHERRY HILL, NJ 08002
(856) 779-8700
Fax: (856) 779-8716
*TERMINATED: 01/29/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RASHAAN SHARIF WILLIAMS**
City of Trenton
City of Trenton
319 East State Street
Trenton, NJ 08611
United Sta
609-989-3011
Email: rswilliams@trentonnj.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL TILTON**                 represented by   **A. WESLEY BRIDGES**
(See above for address)
*TERMINATED: 01/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHARLES R.G. SIMMONS**
SIMMONS LAW LLC
28 WASHINGTON STREET
SUITE 104
EAST ORANGE, NJ 07717
908-642-7461
Email: csimmons@simmonslaw-llc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CLAUDIA L. MARCHESE**
RAINONE COUGHLIN MINCHELLO
555 U.S. HIGHWAY ONE SOUTH
SUITE 440
ISELIN, NJ 08830
732-709-4182
Email: cmarchese@njrcmlaw.com
*TERMINATED: 04/28/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHNATHON CINCILLA**              represented by   **A. WESLEY BRIDGES**
(See above for address)
*TERMINATED: 01/21/2021*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**J. BROOKS DIDONATO**
PARKER, MC CAY
9000 Midlantic Drive
Suite 300
PO Box 5054
Mount Laurel, NJ 08054
(856)-596-8900
Email: bdidonato@parkermccay.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LOUISE TERESA LESTER**
INGLESINO, WEBSTER, WYCISKALA
& TAYLOR, LLC
600 PARSIPPANY ROAD
STE 204
PARSIPPANY, NJ 07054
609-832-4975
Fax: 973-887-2700
Email: llester@iwwt.law
*TERMINATED: 04/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A. GRIECO**
INGLESINO WEBSTER WYCISKALA &
TAYLOR, LLC
600 PARSIPPANY ROAD
SUITE 204
PARSIPPANY, NJ 07054
(973) 947-7111
Email: ngrieco@csglaw.com
*TERMINATED: 04/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**NICHOLAS MAHAN**                    represented by    **A. WESLEY BRIDGES**
(See above for address)
*TERMINATED: 01/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. BROOKS DIDONATO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LOUISE TERESA LESTER**
(See above for address)
*TERMINATED: 04/18/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**NICHOLAS A. GRIECO**
(See above for address)
*TERMINATED: 04/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ERIC AVALOS**                 represented by   **A. WESLEY BRIDGES**
(See above for address)
*TERMINATED: 01/21/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. BROOKS DIDONATO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LOUISE TERESA LESTER**
(See above for address)
*TERMINATED: 04/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A. GRIECO**
(See above for address)
*TERMINATED: 04/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANTHONY KUBISH**              represented by   **A. WESLEY BRIDGES**
(See above for address)
*TERMINATED: 01/29/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. BROOKS DIDONATO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LOUISE TERESA LESTER**
(See above for address)
*TERMINATED: 04/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A. GRIECO**
(See above for address)
*TERMINATED: 04/18/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN DOES 1-8**                    represented by **A. WESLEY BRIDGES**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

**Intervenor**

**CERTAIN UNDERWRITERS OF**          represented by **BRIAN H. LEINHAUSER**
**LLOYD'S OF LONDON**                                 MacMAIN LAW GROUP, LLC
                                                     433 W. MARKET STREET
                                                     SUITE 200
                                                     WEST CHESTER, PA 19382
                                                     484-318-7802
                                                     Fax: 484-328-3996
                                                     Email: bleinhauser@macmainlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **BRIAN C CONLEY**
                                                     MacMain Leinhauser PC
                                                     433 W. Market Street
                                                     Suite 200
                                                     West Chester, PA 19382
                                                     484-667-7745
                                                     Fax: 484-328-3996
                                                     Email: bconley@macmainlaw.com
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2020 | 1 | COMPLAINT against ERIC AVALOS, JOHNATHON CINCILLA, CITY OF TRENTON, JOHN DOES 1-8, ANTHONY KUBISH, NICHOLAS MAHAN, MICHAEL TILTON ( Filing and Admin fee $ 400 receipt number BNJDC-11426555) with JURY DEMAND, filed by TYSHON EDWARDS. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Incident/Investigation Report, # 3 Exhibit B - Complaint-Warrant, # 4 Exhibit C - Traffic Summons)(STAPLETON, JOHN) (Entered: 09/29/2020) |
| 09/29/2020 | | Judge Brian R. Martinotti and Magistrate Judge Douglas E. Arpert added. (mg) (Entered: 09/30/2020) |
| 09/30/2020 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: This complaint has previously been opened as 3:20-cv-13550. In the event an error is made during the case opening process please call (609)989-2065 or refer to the Attorney Case Opening guide for assistance. DO NOT create a new case. In the future when choosing parties please choose each party individually. Do NOT select the ALL PLAINTIFFS or ALL DEFENDANTS button. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 09/30/2020) |
| 09/30/2020 | 2 | SUMMONS ISSUED as to ERIC AVALOS, JOHNATHON CINCILLA, CITY OF TRENTON, JOHN DOES 1-8, ANTHONY KUBISH, NICHOLAS MAHAN, MICHAEL |

| | | TILTON. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (mg) (Entered: 09/30/2020) |
|---|---|---|
| 10/08/2020 | 3 | Application for Refund of Fees re 1 Complaint, (finance notified).. (STAPLETON, JOHN) (Entered: 10/08/2020) |
| 10/14/2020 | 4 | Order to Refund Fees (Finance notified). Signed by Chief Deputy Theresa L Burnett on 10/13/2020. (rm, ) (Entered: 10/14/2020) |
| 10/16/2020 | 5 | AFFIDAVIT of Service for Complaint and Summons served on City of Trenton, Johnathon Cincilla, Anthony Kubish, Eric Avalos, Nicholas Mahan, Michael Tilton on October 6, 2020, filed by TYSHON EDWARDS. (STAPLETON, JOHN) (Entered: 10/16/2020) |
| 10/16/2020 | 6 | NOTICE of Appearance by PETER A. MUHIC on behalf of TYSHON EDWARDS (MUHIC, PETER) (Entered: 10/16/2020) |
| 11/30/2020 | 7 | ANSWER to Complaint with JURY DEMAND by All Defendants.(BRIDGES, A.) (Entered: 11/30/2020) |
| 01/21/2021 | 8 | Substitution of Attorney - Attorney A. WESLEY BRIDGES terminated. Attorney NICHOLAS A. GRIECO for ERIC AVALOS,NICHOLAS A. GRIECO for JOHNATHON CINCILLA,NICHOLAS A. GRIECO for ANTHONY KUBISH,NICHOLAS A. GRIECO for NICHOLAS MAHAN added.. (GRIECO, NICHOLAS) (Entered: 01/21/2021) |
| 01/26/2021 | 9 | NOTICE of Appearance by CLAUDIA L. MARCHESE on behalf of MICHAEL TILTON (Attachments: # 1 Supplement Substitution)(MARCHESE, CLAUDIA) (Entered: 01/26/2021) |
| 01/28/2021 | 10 | Ordered Initial Conference set for 3/2/2021 at 11:00 AM before Magistrate Judge Douglas E. Arpert will be held via telephone. Plaintiff is to set up and initiate the call to chambers (609-989-2144). Attention Counsel: The Joint Discovery Plan is due (7) days prior to the conference. Please email the Joint Discovery Plan to dea_orders@njd.uscourts.gov. (Attachment: JDP Instructions) Signed by Magistrate Judge Douglas E. Arpert on 1/28/2021. (eh, ) (Entered: 01/28/2021) |
| 01/29/2021 | 11 | Substitution of Attorney - Attorney A. WESLEY BRIDGES terminated. Attorney RASHAAN SHARIF WILLIAMS for CITY OF TRENTON added.. (WILLIAMS, RASHAAN) (Entered: 01/29/2021) |
| 02/02/2021 | 12 | LETTER ORDER that Plaintiff's informal application to compel is DENIED; Counsel are directed to meet and confer in a good faith efforts to resolve the issues in question; any unresolved disputes will be addressed by the Court during the conference on 3/2/2021. Signed by Magistrate Judge Douglas E. Arpert on 2/2/2021. (abr, ) (Entered: 02/02/2021) |
| 03/02/2021 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Initial Pretrial Conference held on 3/2/2021, via telephone. (eh, ) (Entered: 03/03/2021) |
| 03/04/2021 | 13 | INITIAL SCHEDULING ORDER: Telephone Conference set for 4/28/2021 at 11:00 AM before Magistrate Judge Douglas E. Arpert, Counsel for plaintiff is to initiate the call; Fact Discovery is to be completed by 9/15/2021; Any motion to amend the pleadings or to join new parties, whether by amended or third party complaint, must be filed by 6/15/2021. Signed by Magistrate Judge Douglas E. Arpert on 3/4/2021. (abr, ) (Entered: 03/05/2021) |
| 03/25/2021 | 14 | Consent MOTION for Protective Order *Consent Discovery Confidentiality Order* by All Plaintiffs. (STAPLETON, JOHN) (Entered: 03/25/2021) |
| 03/26/2021 | | Set Deadlines as to 14 Consent MOTION for Protective Order *Consent Discovery Confidentiality Order*. Motion set for 3/26/2021 before Magistrate Judge Douglas E. Arpert. Unless otherwise directed by the Court, this motion will be decided on the papers |

| | | and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (abr, ) (Entered: 03/26/2021) |
|---|---|---|
| 03/26/2021 | [15](#) | Consent Discovery Confidentiality Order filed. Signed by Magistrate Judge Douglas E. Arpert on 3/26/2021. (abr, ) (Entered: 03/26/2021) |
| 04/02/2021 | [16](#) | Letter from City of Trenton. (WILLIAMS, RASHAAN) (Entered: 04/02/2021) |
| 04/05/2021 | [17](#) | Letter from Plaintiff in response to Defendants' letter of April 2, 2021 re [16](#) Letter. (STAPLETON, JOHN) (Entered: 04/05/2021) |
| 04/06/2021 | [18](#) | LETTER ORDER granting Defendant request of a 30 day day extension to answer plaintiff's discovery. Signed by Magistrate Judge Douglas E. Arpert on 4/6/2021. (abr, ) (Entered: 04/06/2021) |
| 04/28/2021 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 4/28/2021. (eh, ) (Entered: 04/28/2021) |
| 04/28/2021 | 19 | TEXT ORDER: The Court will conduct a Telephone Status Conference at 5/26/2021 on 10:30 AM. Counsel for plaintiff is to set up and initiate the call to chambers 609-989-2144. So Ordered by Magistrate Judge Douglas E. Arpert on 4/28/2021. (eh, ) (Entered: 04/28/2021) |
| 05/26/2021 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 5/26/2021. (eh, ) (Entered: 05/26/2021) |
| 05/28/2021 | [20](#) | ORDER that any unresolved disputes must be submitted in a joint letter to the Court by 6/30/2021; Any motion to amend the pleading or to add parties is extended to 9/15/2021; Settlement Conference set for 7/13/2021 at 2:00 PM before Magistrate Judge Douglas E. Arpert. Signed by Magistrate Judge Douglas E. Arpert on 5/28/2021. (abr, ) (Entered: 05/28/2021) |
| 06/28/2021 | 21 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Zahid N. Quraishi for all further proceedings. Judge Brian R. Martinotti no longer assigned to case. So Ordered by Chief Judge Freda L. Wolfson on 6/28/2021. (jmh) (Entered: 06/28/2021) |
| 07/13/2021 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Settlement Conference held on 7/13/2021. (eh, ) (Entered: 07/14/2021) |
| 08/03/2021 | [22](#) | ORDER scheduling telephone Conference on 9/2/2021 at 2:00 PM; Counsel for Defendants to initiate call. Signed by Magistrate Judge Douglas E. Arpert on 8/3/2021. (mg) (Entered: 08/03/2021) |
| 09/02/2021 | 23 | TEXT ORDER: The Telephone Status Conference has been adjourned to 9/3/2021 at 11:00 AM. The parties have been provided dial-in information via email. So Ordered by Magistrate Judge Douglas E. Arpert on 9/2/2021. (eh, ) (Entered: 09/02/2021) |
| 09/03/2021 | [24](#) | Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 9/3/2021. Ordered telephone status conference set for September 8, 2021 at 1:00pm. (DIGITALLY RECORDED - AT&T) (eh, ) (Entered: 09/08/2021) |
| 09/08/2021 | [25](#) | Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 9/8/2021. (DIGITALLY RECORDED - AT&T) (eh, ) (Entered: 09/08/2021) |
| 09/10/2021 | [26](#) | SCHEDULING ORDER: Telephone Conference set for 10/12/2021 at 10:00 AM before Magistrate Judge Douglas E. Arpert, Plaintiff's counsel is to initiate the call. Signed by Magistrate Judge Douglas E. Arpert on 9/10/2021. (abr, ) (Entered: 09/10/2021) |

| 09/22/2021 | 27 | TEXT ORDER: The Court will conduct a Telephone Status Conference on 9/27/2021 at 2:30 PM. Plaintiffs counsel must initiate the call to Chambers at 609-989-2144. So Ordered by Magistrate Judge Douglas E. Arpert on 9/27/2021. (eh, ) (Entered: 09/22/2021) |
|---|---|---|
| 09/27/2021 |  | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 9/27/2021. (eh, ) (Entered: 09/27/2021) |
| 10/12/2021 |  | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 10/12/2021. (eh, ) (Entered: 10/12/2021) |
| 10/12/2021 | 28 | TEXT ORDER: The Court will conduct a Telephone Status Conference on 11/30/2021 at 10:30 AM. Plaintiffs counsel must initiate the call to Chambers at 609-989-2144. So Ordered by Magistrate Judge Douglas E. Arpert on 10/12/2021. (eh, ) (Entered: 10/12/2021) |
| 10/12/2021 |  | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 10/12/2021. (eh, ) (Entered: 10/12/2021) |
| 11/30/2021 |  | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 11/30/2021. (eh, ) (Entered: 11/30/2021) |
| 11/30/2021 | 29 | TEXT ORDER: Defense counsel must provide Plaintiff with a listing of available dates for their respective clients depositions by 12/10/21 then counsel must meet and confer in order to agree on and submit a schedule to the Court by 12/23/21. So Ordered by Magistrate Judge Douglas E. Arpert on 11/30/2021. (eh, ) (Entered: 11/30/2021) |
| 12/27/2021 | 30 | LETTER ORDER granting request until 1/7/2022 to report to the Court regarding the status of depositions in this matter. Signed by Magistrate Judge Douglas E. Arpert on 12/27/2021. (abr, ) (Entered: 12/27/2021) |
| 01/28/2022 | 31 | TEXT ORDER: The Court will conduct a Telephone Status Conference on 2/3/2022 at 1:45 PM. Plaintiffs counsel must initiate the call to Chambers at 609-989-2144. So Ordered by Magistrate Judge Douglas E. Arpert on 1/28/2022. (eh, ) (Entered: 01/28/2022) |
| 02/01/2022 | 32 | NOTICE by TYSHON EDWARDS *of Withdrawal of Appearance of Peter A. Muhic* (MUHIC, PETER) (Entered: 02/01/2022) |
| 02/02/2022 | 33 | ORDER granting withdrawal of attorney PETER A. MUHIC. Signed by Magistrate Judge Douglas E. Arpert on 2/2/2022. (abr, ) (Entered: 02/02/2022) |
| 02/03/2022 | 34 | TEXT ORDER: The Telephone previously set for 2/3/22 has been adjourned to 2/7/22 at 12:00pm. Plaintiffs counsel must initiate the call to Chambers at 609-989-2144. All Counsel are directed to confirm availability to Elizabeth_Beres@njd.uscourts.gov. So Ordered by Magistrate Judge Douglas E. Arpert on 2/3/2022. (eh, ) (Entered: 02/03/2022) |
| 02/07/2022 |  | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 2/7/2022. (eh, ) (Entered: 02/07/2022) |
| 02/08/2022 | 35 | TEXT ORDER: The parties are to submit a joint status report by 2/28/2022. The Court will conduct a Telephone Status Conference on 3/16/2022 at 11:30 AM. Counsel for plaintiff is to set up and initiate the call to chambers 609-989-2144. So Ordered by Magistrate Judge Douglas E. Arpert on 2/8/2022. (eh, ) (Entered: 02/08/2022) |
| 03/11/2022 | 36 | MOTION to Withdraw as Attorney by ERIC AVALOS, JOHNATHON CINCILLA, ANTHONY KUBISH, NICHOLAS MAHAN. (Attachments: # 1 Brief, # 2 Certification, # 3 Text of Proposed Order, # 4 Certificate of Service)(LESTER, LOUISE) (Entered: 03/11/2022) |
| 03/11/2022 |  | Set Deadlines as to 36 MOTION to Withdraw as Attorney . Motion set for 4/4/2022 before Magistrate Judge Douglas E. Arpert. Unless otherwise directed by the Court, this motion |

| | | will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (abr, ) (Entered: 03/11/2022) |
|---|---|---|
| 03/11/2022 | 37 | TEXT ORDER: Please note the following TIME CHANGE - The telephone status conference scheduled for 3/16/2022 has been moved to 10:30 AM. So Ordered by Magistrate Judge Douglas E. Arpert on 3/11/2022. (eh, ) (Entered: 03/11/2022) |
| 03/16/2022 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 3/16/2022. (eh, ) (Entered: 03/17/2022) |
| 04/18/2022 | 38 | ORDER granting 36 Motion to Withdraw as Attorney. Attorney LOUISE TERESA LESTER terminated. Defendant shall cause the filing of a notice of appearance or substitution of counsel by no later than 5/18/2022. Signed by Magistrate Judge Douglas E. Arpert on 4/18/2022. (abr, ) (Entered: 04/18/2022) |
| 04/22/2022 | 39 | TEXT ORDER: The Court will conduct an in-person Status Conference on 5/23/2022 at 12:00 PM in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. So Ordered by Magistrate Judge Douglas E. Arpert on 4/22/2022. (eh, ) (Entered: 04/22/2022) |
| 04/28/2022 | 40 | Substitution of Attorney - Attorney CLAUDIA L. MARCHESE terminated. Attorney CHARLES R.G. SIMMONS for MICHAEL TILTON added.. (SIMMONS, CHARLES) (Entered: 04/28/2022) |
| 05/17/2022 | 41 | NOTICE of Appearance by J. BROOKS DIDONATO on behalf of ERIC AVALOS, JOHNATHON CINCILLA, ANTHONY KUBISH, NICHOLAS MAHAN (DIDONATO, J.) (Entered: 05/17/2022) |
| 05/23/2022 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Status Conference held on 5/23/2022, in person. (eh, ) (Entered: 05/23/2022) |
| 05/24/2022 | 42 | SCHEDULING ORDER: Telephone Conference set for 9/14/2022 at 10:00 AM before Magistrate Judge Douglas E. Arpert. Counsel for Plaintiff is directed to call (609) 989-2144. The deadline to complete Fact Discovery is extended to 10/31/2022.. Signed by Magistrate Judge Douglas E. Arpert on 5/24/2022. (jdg) (Entered: 05/24/2022) |
| 05/24/2022 | 43 | NOTICE of Appearance by JEFFREY L. NASH on behalf of TYSHON EDWARDS (NASH, JEFFREY)<br><br>NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 05/24/2022) |
| 05/24/2022 | 44 | NOTICE of Appearance by JEFFREY L. NASH on behalf of TYSHON EDWARDS (NASH, JEFFREY) (Entered: 05/24/2022) |
| 06/14/2022 | 45 | STIPULATION AND ORDER regarding subpoena. Signed by Magistrate Judge Douglas E. Arpert on 6/14/2022. (abr, ) (Entered: 06/14/2022) |
| 07/11/2022 | 46 | ORDER that the Court has determined that the documents produced should be disseminated to Plaintiff; MCPO shall produce to Plaintiff the unredacted documents sought by Plaintiffs Subpoena. Signed by Magistrate Judge Douglas E. Arpert on 7/11/2022. (jal, ) (Entered: 07/11/2022) |
| 09/14/2022 | 47 | TEXT ORDER: The Telephone Status Conference previously scheduled for 9/14/2022 has been adjourned to 9/20/2022 at 11:00 AM. Counsel for Plaintiff is directed to initiate the call (609) 989-2144. So Ordered by Magistrate Judge Douglas E. Arpert on 9/14/2022. (eh, ) (Entered: 09/14/2022) |

| 09/20/2022 |    | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 9/20/2022. (eh, ) (Entered: 09/21/2022) |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 09/21/2022 | 48 | TEXT ORDER: The Court will conduct a Settlement Conference on 9/21/2022 at 9:30 AM in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. Trial counsel and client representatives with full settlement authority must attend. Prior to appearing, counsel are encouraged to check the Court's website for the status of any COVID-19 precautions required in the courthouse. Counsel are directed to continue to meet and confer in a good faith effort to resolve the parties outstanding paper discovery requests as set forth in the letter from Plaintiffs counsel dated Sept 13, 2022. So Ordered by Magistrate Judge Douglas E. Arpert on 9/21/2022. (eh, ) (Entered: 09/21/2022) |
| 09/23/2022 | 49 | CORRECTED TEXT ORDER: The Court will conduct a Settlement Conference on 10/27/2022 at 9:30 AM in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. Trial counsel and client representatives with full settlement authority must attend. Prior to appearing, counsel are encouraged to check the Court's website for the status of any COVID-19 precautions required in the courthouse. Counsel are directed to continue to meet and confer in a good faith effort to resolve the parties outstanding paper discovery requests as set forth in the letter from Plaintiffs counsel dated Sept 13, 2022. So Ordered by Magistrate Judge Douglas E. Arpert on 9/23/2022. (eh, ) (Entered: 09/23/2022) |
| 10/26/2022 | 50 | Letter from Rashaan S. Williams, Assistant City Attorney. (WILLIAMS, RASHAAN) (Entered: 10/26/2022) |
| 10/26/2022 | 51 | TEXT ORDER: Granting 50 Letter request and adjourning the settlement conference previously scheduled for 10/27/2022 - new date to be set. So Ordered by Magistrate Judge Douglas E. Arpert on 10/26/2022. (eh, ) (Entered: 10/26/2022) |
| 10/27/2022 | 52 | TEXT ORDER: The Settlement Conference has been adjourned to 11/8/2022 at 11:00 AM in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. Prior to appearing, counsel are encouraged to check the Court's website for the status of any COVID-19 precautions required in the courthouse. So Ordered by Magistrate Judge Douglas E. Arpert on 10/27/2022. (eh, ) (Entered: 10/27/2022) |
| 11/08/2022 |    | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Settlement Conference held on 11/8/2022, in person. (eh, ) (Entered: 11/08/2022) |
| 11/29/2022 | 53 | Letter from J. Brooks DiDonato, Esq.. (DIDONATO, J.) (Entered: 11/29/2022) |
| 05/19/2023 | 54 | TEXT ORDER: The Court will conduct a Settlement Conference on 5/31/2023 at 10:00 AM in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. Trial counsel and client representatives with full settlement authority must attend, including authorized representatives of both the City of Trenton and its insurance carrier (ie: David Koury, Esq.).So Ordered by Magistrate Judge Douglas E. Arpert on 5/19/2023. (eh, ) (Entered: 05/19/2023) |
| 05/30/2023 | 55 | TEXT ORDER: Adjourning the Settlement Conference to 7/18/2023 at 11:00 AM in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. Trial counsel and client representatives with full settlement authority must attend, including authorized representatives of both the City of Trenton and its insurance carrier (ie: David Koury, Esq.). So Ordered by Magistrate Judge Douglas E. Arpert on 5/30/2023. (eh, ) (Entered: 05/30/2023) |
| 07/17/2023 | 56 | Letter. (SIMMONS, CHARLES) (Entered: 07/17/2023) |
| 07/18/2023 |    | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Settlement Conference held on 7/18/2023. (eh, ) (Entered: 07/18/2023) |

| 08/08/2023 | 57 | TEXT ORDER: Counsel must promptly meet and confer in a good faith effort to agree on a schedule for the timely completion of all outstanding discovery (fact and expert) and to submit a proposed schedule to the Court by 8/17/2023. The Court will conduct a Telephone Status Conference on 8/24/2023 at 9:30 AM. Counsel for plaintiff is to set up and initiate the call to chambers 609-989-2144. So Ordered by Magistrate Judge Douglas E. Arpert on 8/8/2023. (eh, ) (Entered: 08/08/2023) |
|---|---|---|
| 08/17/2023 | 58 | Letter from J. Brooks DiDonato, Esq.. (Attachments: # 1 Text of Proposed Order) (DIDONATO, J.) (Entered: 08/17/2023) |
| 08/24/2023 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 8/24/2023. (eh, ) (Entered: 08/24/2023) |
| 08/24/2023 | 59 | SCHEDULING ORDER: Telephone Status Conference set for 11/8/2023 at 11:00 AM before Magistrate Judge Douglas E. Arpert. Fact Discovery due by 12/22/2023. Dispositive Motions due by 5/26/2024. Signed by Magistrate Judge Douglas E. Arpert on 8/24/2023. (mg, ) (Entered: 08/24/2023) |
| 11/07/2023 | 60 | TEXT ORDER: The telephone status conference scheduled for 11/8/2023 at 11:00 AM has been converted to an in person status conference at that time. So Ordered by Magistrate Judge Douglas E. Arpert on 11/7/2023. (eh, ) (Entered: 11/07/2023) |
| 11/08/2023 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Status Conference held on 11/8/2023. (eh, ) (Entered: 11/16/2023) |
| 12/28/2023 | 61 | TEXT ORDER: The Court will conduct a Settlement Approval Hearing on 1/26/2024 at 10:00 AM via Teleconference. Participants will dial (1-888-684-8852) and, when prompted, the Access code (3213610#) to join the conference. So Ordered by Magistrate Judge Douglas E. Arpert on 12/28/2023. (eh, ) (Entered: 12/28/2023) |
| 01/26/2024 | 62 | MOTION to Approve Consent Judgment *Unopposed Motion for Approval of Settlement Agreement and Entry of Consent Judgment* by TYSHON EDWARDS. (Attachments: # 1 Exhibit 1- Settlement Agreement, # 2 Declaration of John S. Stapleton, # 3 Declaration of J. Brooks DiDonato, # 4 Certificate of Service)(STAPLETON, JOHN) (Entered: 01/26/2024) |
| 01/26/2024 | | TEXT Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Telephone Status Conference held on 1/26/2024. (eh, ) (Entered: 01/26/2024) |
| 01/26/2024 | 63 | STIPULATION of Dismissal *without Prejudice* by ERIC AVALOS, JOHNATHON CINCILLA, ANTHONY KUBISH, NICHOLAS MAHAN, MICHAEL TILTON. (DIDONATO, J.) (Entered: 01/26/2024) |
| 01/29/2024 | | Set Deadlines as to 62 MOTION to Approve Consent Judgment *Unopposed Motion for Approval of Settlement Agreement and Entry of Consent Judgment*. Motion set for 2/20/2024 before Magistrate Judge Douglas E. Arpert. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (amv) (Entered: 01/29/2024) |
| 01/29/2024 | 64 | CONSENT ORDER to US Magistrate Judge Jurisdiction by ERIC AVALOS, JOHNATHON CINCILLA, CITY OF TRENTON, TYSHON EDWARDS, ANTHONY KUBISH, NICHOLAS MAHAN, MICHAEL TILTON. Signed by Judge Zahid N. Quraishi on 1/29/2024(kht) (Entered: 01/29/2024) |
| 01/29/2024 | 65 | TEXT ORDER: The Court will conduct a Settlement Approval Hearing on 2/20/2024 at 9:30 AM via Teleconference. Participants will dial (1-888-684-8852) and, when prompted, |

| | | |
|---|---|---|
| | | the Access code (3213610#) to join the conference. So Ordered by Magistrate Judge Douglas E. Arpert on 1/29/2024. (eh, ) (Entered: 01/29/2024) |
| 02/09/2024 | 66 | NOTICE of Appearance by BRIAN H. LEINHAUSER on behalf of CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON (LEINHAUSER, BRIAN) (Entered: 02/09/2024) |
| 02/09/2024 | 67 | MOTION to Intervene by CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON. (Attachments: # 1 Certificate of Service)(LEINHAUSER, BRIAN) (Entered: 02/09/2024) |
| 02/09/2024 | 68 | BRIEF in Support filed by CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON re 67 MOTION to Intervene (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit A)(LEINHAUSER, BRIAN) (Entered: 02/09/2024) |
| 02/13/2024 | | Set Deadlines as to 67 MOTION to Intervene . Motion set for 3/4/2024 before Magistrate Judge Douglas E. Arpert. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jdg, ) (Entered: 02/13/2024) |
| 02/15/2024 | 69 | MOTION for Leave to Appear Pro Hac Vice *of Adrian T. Rohrer* by CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON. (Attachments: # 1 Certification of Brian H. Leinhauser, # 2 Certification of Adrian T. Rohrer, Esquire, # 3 Text of Proposed Order) (LEINHAUSER, BRIAN) (Entered: 02/15/2024) |
| 02/16/2024 | | Set Deadlines as to 69 MOTION for Leave to Appear Pro Hac Vice *of Adrian T. Rohrer*. Motion set for 3/18/2024 before Magistrate Judge Douglas E. Arpert. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (kht) (Entered: 02/16/2024) |
| 02/16/2024 | 70 | BRIEF in Opposition filed by ERIC AVALOS, JOHNATHON CINCILLA, ANTHONY KUBISH, NICHOLAS MAHAN re 67 MOTION to Intervene (Attachments: # 1 Certification)(DIDONATO, J.) (Entered: 02/16/2024) |
| 02/16/2024 | 71 | BRIEF in Opposition filed by TYSHON EDWARDS re 67 MOTION to Intervene (STAPLETON, JOHN) (Entered: 02/16/2024) |
| 02/19/2024 | 72 | REPLY to Response to Motion filed by CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON re 67 MOTION to Intervene (LEINHAUSER, BRIAN) (Entered: 02/19/2024) |
| 02/20/2024 | 73 | TEXT ORDER: Oral argument as to 62 MOTION to Approve Consent Judgment *Unopposed Motion for Approval of Settlement Agreement and Entry of Consent Judgment* filed by TYSHON EDWARDS, and 67 MOTION to Intervene filed by CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON set for 2/28/2024 at 03:00 PM in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. So Ordered by Magistrate Judge Douglas E. Arpert on 2/20/2024. (eh, ) (Entered: 02/20/2024) |
| 02/21/2024 | 74 | ORDER granting 69 Motion for Leave to Appear Pro Hac Vice admission as to ADRIAN T. ROHRER. Signed by Magistrate Judge Douglas E. Arpert on 2/20/2024. (kht) (Entered: 02/21/2024) |
| 02/23/2024 | 75 | RESPONSE in Opposition filed by CITY OF TRENTON re 67 MOTION to Intervene (WILLIAMS, RASHAAN) (Entered: 02/23/2024) |
| 02/26/2024 | 76 | BRIEF in Opposition filed by CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON re 62 MOTION to Approve Consent Judgment *Unopposed Motion for Approval of Settlement Agreement and Entry of Consent Judgment* (Attachments: # 1 Exhibit A, # 2 |

| | | |
|---|---|---|
| | | Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Certificate of Service) (LEINHAUSER, BRIAN) (Entered: 02/26/2024) |
| 02/27/2024 | 77 | REPLY BRIEF to Opposition to Motion filed by ERIC AVALOS, JOHNATHON CINCILLA, ANTHONY KUBISH, NICHOLAS MAHAN re 62 MOTION to Approve Consent Judgment *Unopposed Motion for Approval of Settlement Agreement and Entry of Consent Judgment* (DIDONATO, J.) (Entered: 02/27/2024) |
| 02/28/2024 | 80 | Minute Entry for proceedings held before Magistrate Judge Douglas E. Arpert: Motion Hearing held on 2/28/2024 re: 62 MOTION to Approve Consent Judgment, and 67 MOTION to Intervene filed by CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON. Ordered motions taken under advisement. (DIGITALLY RECORDED) (eh, ) (Entered: 03/02/2024) |
| 02/29/2024 | 78 | MEMORANDUM ORDER granting 62 Motion to Approve Consent Judgment and denying 67 Motion to Intervene. Signed by Magistrate Judge Douglas E. Arpert on 2/29/2024. (mlh) (Entered: 03/01/2024) |
| 02/29/2024 | 79 | CONSENT JUDGMENT entered in favor of Plaintiff TYSHON EDWARDS on Count III of the Complaint in the amount of $5,000,000.00 against Defendant CITY OF TRENTON. ***CIVIL CASE TERMINATED. Signed by Magistrate Judge Douglas E. Arpert on 2/29/2024. (mlh) (Entered: 03/01/2024) |
| 03/04/2024 | 81 | NOTICE of Appearance by BRIAN C CONLEY on behalf of CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON (CONLEY, BRIAN) (Entered: 03/04/2024) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/19/2024 12:18:47 | | |
| **PACER Login:** | JStapleton | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-13552-DEA Start date: 1/1/1980 End date: 8/19/2024 |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |