# **EXHIBIT 2**

# **(Part 2)**

Civil Cover Sheet (Civil Rights Dkt. 1-1)

Incident Report (Civil Rights Dkt. 1-2)

Complaint/Warrant (Civil Rights Dkt. 1-3)

Motor Vehicle Summons (Civil Rights Dkt. 1-4)

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | | | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | ❏ 362 Personal Injury - Medical Malpractice | | | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 950 Constitutionality of State Statutes |
| ❏ 290 All Other Real Property | | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - Other | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553   Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# INCIDENT/INVESTIGATION REPORT

| Agency Name | | Case# 19-000834 |
|---|---|---|
| Trenton Police Department | | Date / Time Reported 01/21/2019 22:45 Mon |
| ORI NJ 0111100 | | Last Known Secure 01/21/2019 20:50 Mon |
| Location of Incident 199 Oakland St/hoffman Ave, Trenton NJ 08618- | Premise Type Street Municipal | Zone/Tract W2 | At Found 01/21/2019 20:50 Mon |

**INCIDENT DATA**

| | Crime Incident(s) | (Com) | Weapon / Tools NO PHYSICAL FORCE | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Manufacturing, Distributing Or Dispensing-a Cds - 2C:35-5A(1) F | | Entry | Exit | Security | |
| #2 | Crime Incident (Com) Intent Or Distrib. Within 500ft Of Public Park (cocaine...) - 2C:35-7.1A F | | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident (Com) Poss Of Cds (use/being Under Inf)-a Cds Class. In Sched I-iv - 2C:35-10A(1) F | | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

MO

**VICTIM**

| # of Victims 1 | Type: SOCIETY/PUBLIC | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle) State Of New Jersey | Victim of Crime # 1,2,3 | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | Home Phone | |
| Employer Name/Address | | | | Business Phone | | Mobile Phone | |
| VYR | Make | Model | Style | Color | Lic/Lis | VIN | |

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

| Type: | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | Home Phone | |
| Employer Name/Address | | | | Business Phone | | Mobile Phone | |

| Type: | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | Home Phone | |
| Employer Name/Address | | | | Business Phone | | Mobile Phone | |

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown  ("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Fm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | FDS | 6 | $0.00 | | 1 | GLD. P71HX2 NJ | CHEV Malibue | |

| Officer/ID# Tilton, Michael (6744) | | Supervisor Bolognini, Nathan B (SCU) (5293) |
|---|---|---|
| Invest ID# (0) | | |
| Status Complainant Signature | Case Status Cleared By Arrest 01/21/2019 | Case Disposition: Closed 01/22/2019 Page 1 |
| R_CS1IBR | Printed By: MCPOGRJURY4, TERM_201 | Sys#: 150674 01/30/2019 13:36 |

MCPO/19000285/00000017

## Incident Report Additional Offense List

*Trenton Police Department*

OCA: *19-000834*

Offense List (Continued)

Page 2

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---|---|---|---|---|
| # 4 | IMPROPER PARKING | | 39:4-135 | Com |
| # 5 | OPERATING MV WHILE IN POSSESSION OF C.D. | | 39:4-49.1 | Com |

# INCIDENT/INVESTIGATION REPORT

*Trenton Police Department*

Case # *19-000834*

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | D | 5 | 1,000.000 | PL | *HEROIN* | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

NARRATIVE

# REPORTING OFFICER NARRATIVE

Trenton Police Department

| | |
|---|---|
| Victim | Offense |
| Society | MANUFACTURING, DISTRIBUTING OR |

OCA: 19-000834
Date / Time Reported: Mon 01/21/2019 22:45

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Report # 19-000834

Location: Corner of Hoffman Avenue and Oakland Street

Arrestee: Tyshon Edwards; B/M; DOB: ▉▉▉▉ ▉▉▉▉ NJ

Charges:

1.) 2C:35-10A (1)   Possession of Heroin.

2.) 2C:35-5A (1)   Possession of Heroin with the intent to distribute.

3.) 2C:35-7.1A   Possession of Heroin with the intent to distribute it within 500' of Public Housing

Motor Vehicle Summons:

1.) RR 022332   39:4-135   Improper Parking

2.) RR 022333   39:4-49.1   CDS in a motor vehicle

Evidence:

1.) One thousand (1,000) white glassine envelopes, stamped "Larry" in red ink. The envelopes were separated into twenty (20) groups of fifty (50) and secured inside multicolor paper. Each suspected to contain a white powdery substance, suspected to be CDS heroin. (Retained in Secur-Pak C 040480)

Involved Vehicle:

Make: Chevy
Model: Malibu
Registration: NJ - P71 HX2

On Monday, January 21, 2019 at approximately 2050 hours, Detective Cincilla and I (Detective Tilton), were providing extra attention to the area of Hoffman Avenue and Oakland Street. We were attired in outer ballistic carriers with Police identifiers clearly displayed. We were utilizing unmarked Police vehicle #511, a Ford Crown Victoria.

While driving on Hoffman Avenue towards Oakland Street, I observed a gold colored sedan quickly turn left onto Hoffman Avenue from Oakland Street, then abruptly stop alongside the curb line of the odd numbered side of Hoffman Avenue. The front end of the vehicle protruded into the roadway, in a way that would cause other vehicles to swerve into oncoming traffic. I advised Detective Cincilla of the potential hazard and advised him to turn around. Detective Cincilla conducted a U-turn and positioned our vehicle

| REPORTING OFFICER NARRATIVE | | OCA |
|---|---|---|
| *Trenton Police Department* | | *19-000834* |
| Victim | Offense | Date / Time Reported |
| Society | MANUFACTURING, DISTRIBUTING OR | Mon 01/21/2019 22:45 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

alongside of the sedan. I activated our emergency lights and we conducted a motor vehicle stop to issue the driver the proper summons for improper parking (39:4-135).

I approached the driver side of the vehicle and immediately observed a male, later arrested and identified as Tyshon Edwards seated in the driver seat. Upon observing my Police presence, he quickly leaned forward and motioned his right arm downward towards the floor. I immediately opened the driver side door and noticed he was still reaching. I quickly grabbed both of Edward's hands to prevent him from further reaching and guided him out of the vehicle. Simultaneously, assisting Street Crime Detectives illuminated the interior of the vehicle. Detective Mahan advised me he observed a black bag partially opened at the top, containing what he immediately recognized as a large quantity of CDS Heroin packaged for distribution. Edwards was placed under arrest without incident, the handcuffs were checked for proper fit and double locked. Detective Mahan retrieved the black bag containing the CDS Heroin from the backseat of the vehicle and secured it on his person. A Tow Truck was requested to tow Edwards's vehicle to police headquarters.

Edwards was placed into the rear of our unmarked Police Vehicle and conveyed to Police Headquarters. Once at Police Headquarters, Edwards was presented to the Staff Sergeant, was found to be in good health, and was logged into the Prisoner Intake Logbook. He was docketed for the listed charges and turned over to the Detention Unit for further processing.

I further examined the recovered Heroin, which revealed Edwards possessed approximately One thousand (1,000) white glassine envelopes, stamped "Larry" in red ink. The envelopes were separated into twenty (20) groups of fifty (50) and secured inside multicolor paper. Each glassine envelope contained a white powdery substance, suspected to be CDS heroin. Edwards did not possess any tool or instrument that could be used to introduce the recovered Heroin into the human body which further led me to believe it was not intended for personal use.

Based on the totality of the circumstance surrounding this investigation, coupled with the amount of Heroin recovered, I believed Edwards vehicle was used to aid in the distribution of illegal narcotics and was subsequently seized as such.

I prepared a complaint for Edwards's charges and submitted it to Detective Lieutenant Steve Wilson for further review. Detective Lieutenant Steve Wilson issued Edwards a Warrant Complaint (W 2019 000421). All property confiscated was documented on a property voucher as evidence was turned into the Staff Sergeant. A vehicle seizure form was completed and turned into C.I.B Detective Murphy.

I have nothing further to report at this time.

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1111 | W | 2019 | 000421 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | TYSHON T EDWARDS |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON      NJ  08607-0000
609-989-3700  COUNTY OF: MERCER

ADDRESS:

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | 19000835 |

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN  DOB:  DL STATE:
DRIVER'S LIC. #:
SOCIAL SECURITY #:  SBI #:
TELEPHONE #: (   )
LIVESCAN PCN #:

COMPLAINANT NAME: MICHAEL TILTON
225 NO CLINTON AVE
ATTN: WARRANTS
TRENTON      NJ  08607

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about **01/21/2019** in **TRENTON CITY**, **MERCER** County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, WHILE IN THE AREA OF OAKLAND STREET AND HOFFMAN AVENUE, THE DEFENDANT DID KNOWINGLY AND PURPOSEFULLY POSSESS A CONTROLLED DANGEROUS SUBSTANCE; TO WIT CDS HEROIN

IN VIOLATION OF N.J.S.A 2C:35-10A(1)     ***3RD DEGREE***

WITHIN THE JURISDICTION OF THIS COURT, WHILE IN THE AREA OF OAKLAND STREET AND HOFFMAN AVENUE, THE DEFENDANT DID KNOWINGLY AND PURPOSEFULLY POSSESS A CONTROLLED DANGEROUS SUBSTANCE; TO WIT CDS HEROIN WITH THE INTENT TO DISTRIBUTE THE SAME.

IN VIOLATION OF N.J.S.A 2C:35-5A(1)     ***3RD DEGREE***

WITHIN THE JURISDICTION OF THIS COURT, WHILE IN THE AREA OF OAKLAND STREET AND

**In violation of:**

| Original Charge | 1) 2C:35-10A(1) | 2) 2C:35-5A(1) | 3) 2C:35-7.1A |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____ MICHAEL TILTON _____ Date: 01/21/2019

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MERCER at the following address: MERCER COUNTY SUPERIOR CT
400 SOUTH WARREN ST.                          TRENTON       NJ 08650-0000
Date of Arrest: 01/21/2019  Appearance Date:           Time:       Phone: 609-571-4000

### PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

_____   _____   _____   _____
Signature of Court Administrator or Deputy Court Administrator   Date       Signature of Judge                               Date

☑ Probable cause **IS** found for the issuance of this complaint.  **SENECA  BAKER JUDICIAL OFFICER**  01/21/2019
Signature and Title of Judicial Officer Issuing Warrant   Date

TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
(if different from judicial officer that issued warrant)

| ☐ Domestic Violence – Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

**Special conditions of release:**
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

Page 1 of 10                                      NJ/CDR2 1/1/2017

MCPO/19000285/00000005

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1111 | W | 2019 | 000421 | TYSHON T EDWARDS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

HOFFMAN AVENUE, THE DEFENDANT DID KNOWINGLY AND PURPOSEFULLY POSSESS A CONTROLLED DANGEROUS SUBSTANCE; TO WIT CDS HEROIN WITH THE INTENT TO DISTRIBUTE THE SAME WITHIN 500 FEET OF ROGER GARDEN PROJECTS

IN VIOLATION OF N.J.S.A 2C:35-7.1A     ***2ND DEGREE***

| Original Charge | | | |
|---|---|---|---|
| Amended Charge | | | |

**COMPLAINT - WARRANT**

Page 2 of 10                NJ/CDR2 1/1/2017

MCPO/19000285/00000006

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. | |
|---|---|---|---|---|---|
| 1111 | W | 2019 | 000421 | | TYSHON T EDWARDS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | | |

**FTA Bail Information** Date Bail Set: _____   Amount Bail Set: $_____   by: _____   ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: |
|---|---|---|---|---|

Date Referred to County Prosecutor: _____

Date of First Appearance: _____   ☐ Advised of Rights by _____

Defendant Desires Counsel: ☐ Yes   ☐ No

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Original Charge | 1) 2C:35-10A(1) | | 2) 2C:35-5A(1) | | 3) 2C:35-7.1A | | |
| Amended Charge | | | | | | | |
| Waiver Indt/Jury | | | | | | | |
| Plea/Date of Plea | Plea: | Date: | Plea: | Date: | Plea: | Date: | |
| Adjudication (* see code) | Finding Code: | Date: | Finding Code: | Date: | Finding Code: | Date: | |
| Jail Term | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp | | Jail time credit | Susp. Imp |
| Probation Term | | | Susp. Imp | | | Susp. Imp | | | Susp. Imp |
| Cond. Discharge Term | | | | | | | | |
| Community Service | | | | | | | | |
| D/L Suspension Term | | | | | | | | |
| Fines/Costs | Fines: | Costs: | Fines: | Costs: | Fines: | Costs: | |
| VCCB/SNSF | VCCB: | SNSF: | VCCB: | SNSF: | VCCB: | SNSF: | |
| DEDR/Lab Fee | DEDR: | LAB: | DEDR: | LAB: | DEDR: | LAB: | |
| CD Fee/Drug Ed Fnd | CD: | DAEF: | CD: | DAEF: | CD: | DAEF: | |
| DV Surch/Other Fees | DV: | Other: | DV: | Other: | DV: | Other: | |
| Restitution Beneficiary: | | | | | | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

\* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE _____   DATE _____

**COMPLAINT - WARRANT (Court Action)**
Page 3 of 10   NJ/CDR2 1/1/2017

MCPO/19000285/00000007

# COMPLAINT – WARRANT (Court Action)

**COMPLAINT NUMBER**

| 1111 | W | 2019 | 000421 |
|---|---|---|---|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

**STATE V.** TYSHON T EDWARDS

**FTA Bail Information** Date Bail Set: _____ Amount Bail Set: $_____ by: _____  ☐ Bail Recog. Attached

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: |
|---|---|---|---|---|

Date Referred to County Prosecutor: _____

Date of First Appearance: _____   ☐ Advised of Rights by _____

Defendant Desires Counsel: ☐ Yes ☐ No

**Prosecuting Attorney Information**

Name:

| State | County | Municipal | Other |
|---|---|---|---|

**Defense Counsel Information**

Name:

| None | Retained | Public Def | Assigned | Waived | Other |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary: | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

**\* Finding Codes**
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

JUDGE'S SIGNATURE _____ DATE _____

**COMPLAINT - WARRANT (Court Action)**

MCPO/19000285/00000008

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **1111** | **W** | **2019** | **000421** | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | **TYSHON T EDWARDS** |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON NJ 08607-0000
609-989-3700 COUNTY OF: **MERCER**

ADDRESS:

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | 19000835 |

DEFENDANT INFORMATION
SEX: **M** EYE COLOR: **BROWN** DOB:
DRIVER'S LIC. #: DL STATE:
SOCIAL SECURITY #: SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

COMPLAINANT
NAME: **MICHAEL TILTON**

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about **01/21/2019** in **TRENTON CITY**, **MERCER** County, NJ did:

WITHIN THE JURISDICTION OF THIS COURT, WHILE IN THE AREA OF OAKLAND STREET AND HOFFMAN AVENUE, THE DEFENDANT DID KNOWINGLY AND PURPOSEFULLY POSSESS A CONTROLLED DANGEROUS SUBSTANCE; TO WIT CDS HEROIN

IN VIOLATION OF N.J.S.A 2C:35-10A(1)  ***3RD DEGREE***

WITHIN THE JURISDICTION OF THIS COURT, WHILE IN THE AREA OF OAKLAND STREET AND HOFFMAN AVENUE, THE DEFENDANT DID KNOWINGLY AND PURPOSEFULLY POSSESS A CONTROLLED DANGEROUS SUBSTANCE; TO WIT CDS HEROIN WITH THE INTENT TO DISTRIBUTE THE SAME.

IN VIOLATION OF N.J.S.A 2C:35-5A(1)  ***3RD DEGREE***

WITHIN THE JURISDICTION OF THIS COURT, WHILE IN THE AREA OF OAKLAND STREET AND

in violation of:

| Original Charge | 1) **2C:35-10A(1)** | 2) **2C:35-5A(1)** | 3) **2C:35-7.1A** |
|---|---|---|---|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment
Signed: **MICHAEL TILTON**  Date: **01/21/2019**

You will be notified of your **Central First Appearance/CJP** date to be held at the Superior Court in the county of **MERCER**
at the following address: **MERCER COUNTY SUPERIOR CT**
**400 SOUTH WARREN ST.**  **TRENTON**  **NJ 08650-0000**
Date of Arrest: **01/21/2019**  Appearance Date:  Time:  Phone: **609-571-4000**

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator  Date  Signature of Judge  Date

☑ Probable cause **IS** found for the issuance of this complaint. **SENECA BAKER JUDICIAL OFFICER 01/21/2019**
Signature and Title of Judicial Officer Issuing Warrant  Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
(if different from judicial officer that issued warrant)

☐ **Domestic Violence – Confidential**  ☐ Related Traffic Tickets or Other Complaints  ☐ Serious Personal Injury/Death Involved

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

Page 5 of 10  NJ/CDR2 1/1/2017

MCPO/19000285/00000009

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1111 | W | 2019 | 000421 | TYSHON T EDWARDS |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

HOFFMAN AVENUE, THE DEFENDANT DID KNOWINGLY AND PURPOSEFULLY POSSESS A CONTROLLED DANGEROUS SUBSTANCE; TO WIT CDS HEROIN WITH THE INTENT TO DISTRIBUTE THE SAME WITHIN 500 FEET OF ROGER GARDEN PROJECTS

IN VIOLATION OF N.J.S.A 2C:35-7.1A  ***2ND DEGREE***

| Original Charge | | | |
|---|---|---|---|
| Amended Charge | | | |

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

Page 6 of 10

NJ/CDR2 1/1/2017

MCPO/19000285/00000010

# COMMITMENT

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **1111** | **W** | **2019** | **000421** | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | **TYSHON T EDWARDS** |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON       NJ  08607-0000
609-989-3700   COUNTY OF: MERCER

ADDRESS: ▮

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | 19000835 |

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB: ▮   DL STATE:

COMPLAINANT NAME: MICHAEL TILTON
225 NO CLINTON AVE
ATTN: WARRANTS
TRENTON     NJ  08607

DRIVER'S LIC. #.
SOCIAL SECURITY #: ▮    SBI #: ▮
TELEPHONE #: ( )
LIVESCAN PCN #: ▮

**To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.**

| | Offense | Aux Offense | Drug Code | Degree | Offense Description |
|---|---|---|---|---|---|
| 1. | 2C:35-10A(1) | | 29 | 3 | POSS CDS/ANALOG |
| 2. | 2C:35-5A(1) | | 29 | 3 | MANUF/DISTR CDS |
| 3. | 2C:35-7.1A | | 29 | 2 | POSS/DIST WITHI |
| 4. | | | | | |

Commitment Reason: Criminal Justice Reform

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of **MERCER**
at the following address: MERCER COUNTY SUPERIOR CT
400 SOUTH WARREN ST.          TRENTON    NJ 08650-0000

Date of Arrest: 01/21/2019                                    Phone: 609-571-4000

SENECA   BAKER JUDICIAL OFFICER          01/21/2019
Signature and Title of Judicial Officer Issuing Warrant        Date

**COMMITMENT**

Page 7 of 10                    NJ/CDR2 1/1/2017

MCPO/19000285/00000011

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1111 | W | 2019 | 000421 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | TYSHON T EDWARDS |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON    NJ    08607-0000
609-989-3700    COUNTY OF: MERCER

ADDRESS:

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | 19000835 |

COMPLAINANT NAME: MICHAEL TILTON
225 NO CLINTON AVE
ATTN: WARRANTS
TRENTON    NJ    08607

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB:   DL STATE:
DRIVER'S LIC. #.
SOCIAL SECURITY #   SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed <u>and</u> (2) the defendant is the one who committed it:

While driving on Hoffman Avenue towards Oakland Street, I observed a gold sedan turn left onto Hoffman Avenue from Oakland Street and abruptly stop and park. The front end was protruding into the roadway causing vehicles to travel into the other lane of the roadway. Detective Cincilla turned our vehicle around, positioned it alongside of the sedan and conducted a motor vehicle stop to issue proper summons. As I approached the driver side of the vehicle, I immediately observed a male, later arrested and identified as Tyshon Edwards, lean forward and motion his right arm downward towards the floor. I opened the driver side door and observed him still reaching. I immediately grabbed both of Edwards's hands to prevent him from further reaching and guided him out of the vehicle. Simultaneously, assisting Detectives illuminated the backseat of the vehicle and observed a quantity of CDS Heroin packaged for distribution on the backseat of his vehicle. Edwards was placed under arrest. Further examination of the recovered Heroin, revealed Edwards possessed approximately 1,000 Decks of Heroin.

This incident occurred within 500' feet of Roger Gardens Projects

MCPO/19000285/00000012

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **1111** | **W** | **2019** | **000421** | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | TYSHON T EDWARDS |

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

**Detective Observations.**

3. If victim was injured, provide the extent of the injury:

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: MICHAEL TILTON LAW ENFORCEMENT OFFICER       Date: 01/21/2019

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| **1111** | **W** | **2019** | **000421** | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | **TYSHON T EDWARDS** |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON          NJ   08607-0000
609-989-3700  COUNTY OF: MERCER

ADDRESS:

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 3 | | 19000835 |

DEFENDANT INFORMATION
SEX: M   EYE COLOR: BROWN   DOB:   DL STATE:

COMPLAINANT NAME: MICHAEL TILTON
225 NO CLINTON AVE
ATTN: WARRANTS
TRENTON     NJ   08607

DRIVER'S LIC. #:
SOCIAL SECURITY #:     SBI #:
TELEPHONE #:     ( )
LIVESCAN PCN #:

Purpose: The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: _____   Date: _____

**Preliminary Law Enforcement Incident Report**

**Page 10 of 10**     7/20/2018

MCPO/19000285/00000014

## Ticket 1111-RR-022333

**TRENTON MUNICIPAL COURT**
225 No. Clinton Ave.
Trenton, NJ 08609

COURT'S ORIGINAL COPY

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT TO ANSWER THIS COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED:

DRIVER'S LICENSE NUMBER: [redacted]
EXP DATE: [redacted]
STATE: NJ

THE UNDERSIGNED CERTIFIES THAT

Name: Tyshon T. Edwards
Address: [redacted]
City: [redacted] State: NJ
Eyes: BR Sex: M Weight: 180 Height: 6'00"

DID UNLAWFULLY (PARK) (OPERATE) A
Make of Vehicle: Chevy
Year: 2004 Body: 4DR Color: Gold
Lic. Plate No: P71HX2 State: NJ Exp Date: 5-31-21
□ Commercial Vehicle □ Omnibus □ Hazardous Material □ Out of Service

OFFENSE DATE: Month 1 Day 21 Year 19 Time 8:50 AM
LOCATION OF OFFENSE: Oakland / Hoffman
Municipality: TRENTON County: MERCER Mun. Code: 1111

AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE
(ONE CHARGE PER COMPLAINT)

TRAFFIC OFFENSES - TITLE 39:
- [ ] 3-4 Unregistered vehicle
- [x] 3-29 Failure to exhibit documents □ DL or □ REG or □ INS
- [ ] 3-33 Unclear plates
- [ ] 3-66 Maintenance of lamps
- [x] 3-76.2f Failure to wear seatbelt
- [x] 4-81 Failure to observe signal
- [x] 4-98 Speeding ___ MPH in a ___ MPH zone
- [ ] 4-85 Improper passing
- [x] 4-97 Careless driving
- [x] 4-124 Failure to turn
- [x] 4-144 Failure to stop or yield
- [ ] 8-1 Failure to inspect
- [ ] 8-4 Failure to make repairs

IN EXCESS OF SPEED LIMIT BY: □ 1-9 □ 10-14 □ 15-19 □ 20-24 □ 25-29 □ 30-34 MPH
□ 65 MPH Zone □ Safe Corridor □ Construction Zone

**PENALTY SCHEDULE ON REVERSE**
PARKING OFFENSE
□ Overtime Meter No. □ Prohibited Area □ Double

OTHER TRAFFIC/PARKING OFFENSE (Describe): CDS in MV
Statute No: 39:4-49.1

Signature of Complaining Witness: M. Tilton
Officer's ID No: 6744
Month 1 Day 21 Year 19

NOTICE TO APPEAR
COURT APPEARANCE REQUIRED ☑

UTT-1 10-17-08 (rev 1/9/07)

---

## Ticket 1111-RR-022332

**TRENTON MUNICIPAL COURT**
225 No. Clinton Ave.
Trenton, NJ 08609

COURT'S ORIGINAL COPY

Name: Tyshon T. Edwards
State: NJ
Eyes: BR Sex: M Weight: 180 Height: 6'00"

DID UNLAWFULLY (PARK) (OPERATE) A
Make: Chevy Year: 2004 Color: Gold
Lic. Plate No: P71HX2 State: NJ Exp: 5-31-21

OFFENSE DATE: Month 1 Day 21 Year 19 Time 8:50 AM
LOCATION: Oakland / Hoffman
Municipality: TRENTON County: MERCER Mun. Code: 1111

OTHER TRAFFIC/PARKING OFFENSE: Improper Parking
Statute No: 39:4-135

Signature: M. Tilton
Officer's ID No: 6744
Month 1 Day 21 Year 19

COURT APPEARANCE REQUIRED ☑

UTT-1 10-17-08 (rev 1/9/07)

MCPO/19000285/0000001

## BENCH WARRANT BAIL INFORMATION (Court's Copy)

### Left form

Failed to Appear Date ___/___/___

Warrant Date ___/___/___ Ordered by: _____ (Signature and title of person issuing warrant)

Bail Amount $_____ Set by: _____ (Signature and title of person setting bail)

☐ Forfeited ☐ Return ☐ Reinstated ___/___/___ (Date) _____ (Signature of Judge)

#### FIRST APPEARANCE, ARRAIGNMENT AND COUNSEL INFORMATION

First Appearance Date: ___/___/___  Arraignment Date: ___/___/___

☐ Advised of Rights: By: _____  Defendant Desires Counsel: ☐ Yes ☐ No

Counsel assigned: ☐ Y ☐ N _____ (If yes, name of counsel)

Counsel retained: ☐ Y ☐ N _____ (If yes, name of counsel)

Counsel waived: ☐ Y ☐ N _____ (If yes, name of Judge accepting waiver)

Name of Prosecuting Attorney: _____

Affiliation: ☐ Municipal ☐ County ☐ State ☐ Other (list) _____

#### MISCELLANEOUS INFORMATION

Additional Information and Judge's Notes:

| Adjournment Requested By | Reason | To |
|---|---|---|
|  |  | / / |
|  |  | / / |

☐ See Attached sheet for additional Judge's notes or other information.

#### COURT ACTION

Complaint Amended to: _____

Plea: ☐ Guilty ☐ Not Guilty  Date: ___/___/___

Finding  Date: ___/___/___

☐ Guilty  ☐ Guilty but Merged  ☐ Not Guilty

☐ If Guilty, Advised of Right to Appeal

☐ Dismissed - Plea Agreement  ☐ Dismissed - Lack of Prosecution  ☐ Dismissed - False ID

☐ Dismissed - Pros. Discretion  ☐ Dismissed - Rule  ☐ Dismissed - Other

| Fine $ | Costs $ | Contempt $ |
|---|---|---|
| VCCB $ | DWI $ | SNSF $ |
| D.A.E.F. $ | Other $ | Total $ |

Period of D.L. Suspension: _____

IDRC: _____  Comm. Serv.: _____

Ignition Interlock _____ years  OR  Registration Susp. _____ years

Jail Term/Jail Credit: _____  Credit For: _____

Signature of Judge: _____  Date: ___/___/___
Court's Copy

### Right form (duplicate)

## BENCH WARRANT BAIL INFORMATION

Failed to Appear Date ___/___/___

Warrant Date ___/___/___ Ordered by: _____ (Signature and title of person issuing warrant)

Bail Amount $_____ Set by: _____ (Signature and title of person setting bail)

☐ Forfeited ☐ Return ☐ Reinstated ___/___/___ (Date) _____ (Signature of Judge)

#### FIRST APPEARANCE, ARRAIGNMENT AND COUNSEL INFORMATION

First Appearance Date: ___/___/___  Arraignment Date: ___/___/___

☐ Advised of Rights: By: _____  Defendant Desires Counsel: ☐ Yes ☐

Counsel assigned: ☐ Y ☐ N _____ (If yes, name of counsel)

Counsel retained: ☐ Y ☐ N _____ (If yes, name of counsel)

Counsel waived: ☐ Y ☐ N _____ (If yes, name of Judge accepting waiver)

Name of Prosecuting Attorney: _____

Affiliation: ☐ Municipal ☐ County ☐ State ☐ Other (list) _____

#### MISCELLANEOUS INFORMATION

Additional Information and Judge's Notes:

| Adjournment Requested By | Reason | To |
|---|---|---|
|  |  | / / |
|  |  | / / |

☐ See Attached sheet for additional Judge's notes or other information.

#### COURT ACTION

Complaint Amended to: _____

Plea: ☐ Guilty ☐ Not Guilty  Date: ___/___/___

Finding  Date: ___/___/___

☐ Guilty  ☐ Guilty but Merged  ☐ Not Guilty

☐ If Guilty, Advised of Right to Appeal

☐ Dismissed - Plea Agreement  ☐ Dismissed - Lack of Prosecution  ☐ Dismissed - False ID

☐ Dismissed - Pros. Discretion  ☐ Dismissed - Rule  ☐ Dismissed - Other

| Fine $ | Costs $ | Contempt $ |
|---|---|---|
| VCCB $ | DWI $ | SNSF $ |
| D.A.E.F. $ | Other $ | Total $ |

Period of D.L. Suspension: _____

IDRC: _____  Comm. Serv.: _____

Ignition Interlock _____ years  OR  Registration Susp. _____ years

Jail Term/Jail Credit: _____  Credit For: _____

Signature of Judge: _____  Date: ___/___/___
Court's Copy