# **EXHIBIT 8**

2/23/2024 Trenton Opposition to Motion to Intervene

(Civil Rights Dkt. 75)



| W. Reed Gusciora<br>*Mayor* | **CITY OF TRENTON**<br>DEPARTMENT OF LAW | A. Wesley Bridges<br>*Director of Law* |
|---|---|---|

February 23, 2024

**Via ECF**
Honorable Douglas Alpert
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  RE: Tyshon Edwards v. COT, et al.
    **Docket No.: 3:20-CV-13552-BRM-DEA**

Dear Judge Alpert:

As Your Honor is aware, our office represents THE Defendant City of Trenton (hereinafter "City Defendant"). Please be advised that the City Defendant opposes intervention for the reasons as set forth in the Opposition filed by J. Brooks DiDonato, Esq., attorney for defendants Officers, Johnathon Cecilla, Nicholas Mahan, Eric Avalos, and Anthony Kubish (collectively, the "Officers") to Motion to Intervene filed on behalf of Certain Underwriters of Lloyd's of London. City Defenant thanks the Court for its courtesies.

            Very truly yours,

            By:/s/ Rashaan S. Williams
            Rashaan S. Williams
            ASSISTANT CITY ATTORNEY

cc: John S. Stapleton
LeVan Muhic Stapleton LLC
601 Route 73 N, Suite 303
Marlton, NJ 08053

cc: Charles R. G. Simmons, Esq.
SIMMONS LAW L.L.C.
28 Washington Street, Suite 104
East Orange, New Jersey 07017

cc: J. Brooks DiDonato, Esq.
PARKER McCay P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey 08054

Cc: Brian H. Leinhauser
MacMAIN LAW GROUP, LLC
433 W. Market Street
SUITE 200
West Chester, PA 19382