# **EXHIBIT 12**

2/29/2024 Consent Judgment (Civil Rights Dkt. 79)

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYSHON EDWARDS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF TRENTON,<br><br>　　　　　Defendant. | Civ. A. No. 20-13552<br><br>**Consent Judgment** |

　　　　Plaintiff Tyshon Edwards and Defendant City of Trenton hereby consent to entry of judgment in this matter as follows:

　　　　Judgment shall be entered for Plaintiff on Count III of the Complaint in the amount of $5,000,000.00. Such sum is inclusive of any and all attorneys fees and costs allowable by law.

　　　　Plaintiff and Defendant City of Trenton stipulate that $0.00 of this judgment is attributable to punitive damages, statutory penalties, or fines, and that Defendant City of Trenton and its agents did not knowingly or intentionally violate or deprive Plaintiff of any rights protected by any federal, state, or local laws, or commit any acts not reasonably related to the execution and/or enforcement of the law, or commit any acts with the knowledge and intent to cause injury or damage or which could reasonably be expected to cause injury or damage.

　　　　All other claims versus Defendant City of Trenton are dismissed with prejudice.

Dated January 26, 2024

| | |
|---|---|
| LeVAN STAPLETON SEGAL<br>COCHRAN LLC<br><br>By: *John S. Stapleton*<br>　　　John S. Stapleton<br>Four Greentree Centre<br>602 Route 73 N, Suite 303<br>Marlton, NJ 08503 | CITY OF TRENTON<br><br>By: *Wesley Bridges*<br>　　　Wesley Bridges<br>319 East State Street<br>Trenton, NJ 08608<br>609-989-3011<br>wbridges@trentonnj.org |

856-259-3300  *Counsel for Defendant, City of Trenton*
jstapleton@levanstapleton.com
*Counsel for Plaintiff Tyshon Edwards*

NASH PEREZ LLC

By: *Jeffrey L. Nash*
    Jeffrey L. Nash
330 Market Street
Camden, NJ 08102
856.246.1022
jnash@nashperez.com
*Counsel for Plaintiff Tyshon Edwards*


The Court having heard oral argument from the parties on February 28, 2024, and for the reasons outlined in the Court's February 29, 2024 Memorandum Order,

**IT IS** on this 29th day of February 2024 **ORDERED** that:

1. This Consent Judgment is **APPROVED**.

_____
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**