**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TYSHON EDWARDS,<br><br>      *Plaintiff*,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. PK1021618, LLOYD'S SYNDICATE 2987,<br><br>      *Defendant*. | Civil A. No. 3:24-cv-06029-ZNQ-JBD |

**[PROPOSED] ORDER**

      AND NOW, this ____ day of _____ 2024, upon consideration of Defendant Certain Underwriters at Lloyd's, London Subscribing to Policy No. PK1021618, Lloyd's Syndicate 2987's Motion to Compel Arbitration and Stay Proceedings, Plaintiff Tyshon Edwards' response in opposition thereto, and any further submissions, it is hereby ordered that the Motion is **DENIED**.

                                                                       _____

                                                                                                     J.