**Certificate of Service**

      I, John S. Stapleton, certify that on this date, I caused the foregoing *Plaintiff Tyshon Edwards' Memorandum in Opposition to Defendant's Motion to Compel Arbitration with Exhibits* to be served upon all counsel of record through the Court's ECF system.

August 20, 2024                                   *John S. Stapleton*
                                                             John S. Stapleton