UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYSHON EDWARDS,<br><br>*Plaintiff*,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. PK1021618, LLOYD'S SYNDICATE 2987,<br><br>*Defendant*. | Civil A. No. 3:24-cv-06029-ZNQ-JBD |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Jonathan L. Cochran of LeVan Stapleton Segal Cochran LLC on behalf of Plaintiff Tyshon Edwards in the above captioned litigation.

                                            **LeVAN STAPLETON SEGAL COCHRAN LLC**

                                            By: */s/ Jonathan L. Cohran*
                                                    Jonathan L. Cochran, ID 028142012
                                            Four Greentree Centre
                                            601 Route 73 N, Suite 303
                                            Marlton, NJ 08053
                                            215.261.5210
                                            jcochran@levanstapleton.com

September 9, 2024