**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**TYSHON EDWARDS**,

            Plaintiff,

            v.

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. PK1021612, LLOYD'S SYNDICATE 2987**,

            Defendant.

Civil Action No. 24-6029 (ZNQ) (JBD)

**ORDER**

**QURAISHI, District Judge**

        **THIS MATTER** comes before the Court upon a Motion to Compel Arbitration and Stay Proceedings filed by Defendant, Certain Underwriters at Lloyd's London Subscribing to Policy No. PK 1021612, Lloyd's Syndicate 2987 ("Defendant") (the "Motion," ECF No. 10.) For the reasons set forth in the accompanying Opinion,

        **IT IS** on this **29th** day of **January 2025**,

        **ORDERED** that Defendant's Motion (ECF No. 10) is hereby **DENIED WITHOUT PREJUDICE**.

                                        s/ Zahid N. Quraishi
                                        **ZAHID N. QURAISHI**
                                        **UNITED STATES DISTRICT JUDGE**