**STAPLETON SEGAL·COCHRAN**
ATTORNEYS AT LAW

1760 Market Street
Suite 403
Philadelphia, PA 19103

Four Greentree Centre
601 Route 73 N, Suite 303
Marlton, NJ 08053

stapletonsegal.com ♦ 215.561.1500 (PA) ♦ 856.259.3300 (NJ)

John S. Stapleton
Direct Dial: 856.272.3603
jstapleton@stapletonsegal.com

July 11, 2025

**<u>Via ECF</u>**
United States Magistrate Judge J. Brendan Day
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **RE:**    Tyshon Edwards v. Certain Underwriters at Lloyd's, London Subscribing to Policy No. PK1021618, Lloyd's Syndicate 2987,
<u>No.: 3:24-cv-06029</u>

Dear Judge Day:

      Pursuant to the Court's Order of June 11, 2025 (Dkt. 27), I write on behalf of all parties to inform the Court that the parties have agreed to participate in a private mediation. We anticipate completing the mediation in the next 60-90 days.

      .          Respectfully,

                 John S. Stapleton